UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
RAZI, SYED ZIA § Case No. 13-40514 L-7
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on     .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/LOIS I. BRADY_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

# FORM 1
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 13-40514 L-7 Judge: WILLIAM J. LAFFERTY | Trustee Name: | LOIS I. BRADY |
|---|---|---|---|
| Case Name: | RAZI, SYED ZIA | Date Filed (f) or Converted (c): | 01/29/13 (f) |
| | | 341(a) Meeting Date: | 02/26/13 |
| For Period Ending: | 08/29/13 | Claims Bar Date: | 08/22/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH ON HAND | 10.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 2. CHASE BANK CHECKING ACCOUNT | 1,300.00 | 0.00 | | 0.00 | FA |
| File date balance $999.22 | | | | | |
| Debtor Claimed Exemption | | | | | |
| 3. SPM Properties - SECURITY DEPOSIT | 700.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. HOUSEHOLD GOODS & FURNISHINGS | 3,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 6. JEWELRY | 500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 7. DIGITAL CAMERA | 100.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 8. Group life insurance thru work | 0.00 | 0.00 | | 0.00 | FA |
| 9. UCSF pension | Unknown | 0.00 | | 0.00 | FA |
| 10. 2012 tax refund (u) | 7,781.00 | 0.00 | | 0.00 | FA |
| Debtor's Federal TR $7,020, State TR $761 | | | | | |
| Amended B/C filed, docket #10 | | | | | |
| Debtor Claimed Exemption | | | | | |
| 11. 2011 Toyota Scion | 10,000.00 | 0.00 | | 0.00 | FA |
| 12. 2013 Honda CRV | 20,000.00 | 0.00 | | 0.00 | FA |
| 13. 2 birds - minimal value | 0.00 | 0.00 | | 0.00 | FA |
| 14. PREFERENCE CLAIMS (u) | 0.00 | 10,000.00 | | 8,412.90 | FA |
| 10K paid to Baskin Robbins 12/2012 | | | | | |

Case No: 13-40514 L-7 Judge: WILLIAM J. LAFFERTY
Case Name: RAZI, SYED ZIA

Trustee Name: LOIS I. BRADY
Date Filed (f) or Converted (c): 01/29/13 (f)
341(a) Meeting Date: 02/26/13
Claims Bar Date: 08/22/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15. Refund of overpayment from Baskin Robbins (u)  Added on Amended Sch B/C, docket #10  Debtor Claimed Exemption | 2,156.74 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $46,047.74 | $10,000.00 | | $8,412.90 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

8/29/13: CLAIMS REVIEWED, PREPARED TFR

Initial Projected Date of Final Report (TFR): 12/31/13    Current Projected Date of Final Report (TFR): 12/31/13

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 13-40514 -L-7 | Trustee Name: | LOIS I. BRADY |
|---|---|---|---|
| Case Name: | RAZI, SYED ZIA | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******4582 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3778 | | |
| For Period Ending: | 08/29/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/18/13 | 14 | Dunkin Brands<br>130 Royall Street<br>Canton, MA 02021 | PREFERENCE RECOVERY | 1241-000 | 8,412.90 | | 8,412.90 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 8,402.90 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.49 | 8,390.41 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 8,412.90 | 22.49 | 8,390.41 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 8,412.90 | 22.49 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 8,412.90 | 22.49 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********4582) | 8,412.90 | 22.49 | 8,390.41 |
| | 8,412.90 | 22.49 | 8,390.41 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        8,412.90        22.49

LFORM24   UST Form 101-7-TFR (5/1/2011) (Page: 5)                                                                                            Ver: 17.02g

Case: 13-40514   Doc# 17   Filed: 11/21/13   Entered: 11/21/13 16:52:17   Page 5 of 10

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

Date: August 29, 2013

Case Number: 13-40514
Debtor Name: RAZI, SYED ZIA

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000 2600-00 | Bank Fees | Administrative | | $22.49 | $22.49 | $0.00 |
| 000002 050 4210-00 | American Honda Finance Corporation<br>National Bankruptcy Center<br>PO Box 168088<br>Irving, TX 75016-8088 | Secured | Secured Against Vehicle<br>Secured Creditor Letter Sent 8/29/13 | $0.00 | $0.00 | $0.00 |
| 000001 070 7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $978.44 | $0.00 | $978.44 |
| 000003 070 7100-00 | Well Fargo Card Services<br>1 Home Campus, 3rd Floor<br>Des Moines, IA 50328 | Unsecured | | $11,754.83 | $0.00 | $11,754.83 |
| 000004 070 7100-00 | FIA Card Services NA<br>PO Box 982284<br>El Paso, TX 79998-2238 | Unsecured | | $19,032.27 | $0.00 | $19,032.27 |
| 000005 070 7100-00 | JC Paper<br>Richard Francia<br>47422 Kato Road<br>Fremont, CA 95438 | Unsecured | | $1,194.85 | $0.00 | $1,194.85 |
| 000006 070 7100-00 | American Express Centurion Bank<br>c/o Becket & Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Unsecured | | $1,437.15 | $0.00 | $1,437.15 |
| 000007 070 7100-00 | eCast Settlement Corporation<br>assignee of Chase Bank USA NA<br>PO Box 29262<br>New York, NY 10087-9262 | Unsecured | | $628.58 | $0.00 | $628.58 |
| 000008 070 7100-00 | eCast Settlement Corporation<br>assignee of Chase Bank USA NA<br>PO Box 29262<br>New York, NY 10087-9262 | Unsecured | | $1,435.92 | $0.00 | $1,435.92 |
| 000009 070 7100-00 | eCast Settlement Corporation<br>assignee of Chase Bank USA NA<br>PO Box 29262<br>New York, NY 10087-9262 | Unsecured | | $2,804.03 | $0.00 | $2,804.03 |
| 000010 070 7100-00 | eCast Settlement Corporation<br>assignee of Chase Bank USA, NA<br>PO Box 29262<br>New York, NY 10087-9262 | Unsecured | | $2,234.61 | $0.00 | $2,234.61 |

Case Number: 13-40514  
Debtor Name: RAZI, SYED ZIA  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000011 070 7100-00 | Capital One NA<br>Bass & Associates PC<br>3936 E. Ft. Lowell Road, Suite 200<br>Tucson, AZ 85712 | Unsecured | | $2,388.49 | $0.00 | $2,388.49 |
| | Case Totals: | | | $43,911.66 | $22.49 | $43,889.17 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-40514 L-7
Case Name: RAZI, SYED ZIA
Trustee Name: LOIS I. BRADY

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000002 | American Honda Finance Corporation | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: LOIS I. BRADY | $ | $ | $ |
| Trustee Expenses: LOIS I. BRADY | $ | $ | $ |
| Other: Bank Fees | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ | $ | $ |
| 000003 | Well Fargo Card Services | $ | $ | $ |
| 000004 | FIA Card Services NA | $ | $ | $ |
| 000005 | JC Paper | $ | $ | $ |
| 000006 | American Express Centurion Bank | $ | $ | $ |
| 000007 | eCast Settlement Corporation | $ | $ | $ |
| 000008 | eCast Settlement Corporation | $ | $ | $ |
| 000009 | eCast Settlement Corporation | $ | $ | $ |
| 000010 | eCast Settlement Corporation | $ | $ | $ |
| 000011 | Capital One NA | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance $_____

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE